UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORIS SMITH,

    Plaintiff,

v.

    Case No. 8:15-cv-2150-EAK-TBM

PORTFOLIO RECOVERY
ASSOCIATES, LLC; BRIAN M.
BILODEAU, ESQ.; and CHANTEL C.
WONDER, ESQ.,

    Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL AS TO DEFENDANTS

Defendants, Portfolio Recovery Associates, LLC, Brian M. Bilodeau, Esq., and Chantel C. Wonder, Esq., by and through their undersigned counsel hereby file this, their Stipulation of Substitution of Counsel and hereby notifies Plaintiff that Robert E. Sickles, Esq. and John P. Gaset, Esq. and the law firm of Broad and Cassel shall hereafter be counsel of record for Defendants, Portfolio Recovery Associates, LLC, Brian M. Bilodeau, Esq., and that Nathan A. Searles, Esq. is hereby relieved of any further responsibility for Defendants in this matter. Defendants' Consent to Substitution of Counsel is attached hereto as *Exhibit A.*

Dated: March 7, 2016

Dated: March 7, 2016

**s/Nathan a. Searles, Esq.**
Nathan A. Searles, Esq.
Florida Bar No. 572551
PRA Group
140 Corporate Blvd.
Norfolk, VA 23502
Phone: 757-519-9300 ext 13206
nasearles@portfoliorecovery.com

**s/Robert E. Sickles, Esq.**
Robert E. Sickles, Esq.
Florida Bar No. 167444
John P. Gaset, Esq.
Florida Bar No. 98415
**BROAD AND CASSEL**
100 North Tampa Street, Suite 3500
Tampa, FL 33602
Phone: 813-225-3020
rsickles@broadandcassel.com
jgaset@broadandcassel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2016 the foregoing was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

>Heather A. Harwell, Esq.
>Heather A. Harwell, P.A.
>27446 Cashford Circle, Suite 101
>Wesley Chapel, FL 33544
>hharwell@harwelllawpa.com

>*s/Robert E. Sickles, Esq.*
>Robert E. Sickles, Esq.
>Florida Bar No. 167444
>John P. Gaset, Esq.
>Florida Bar No. 98415
>**BROAD AND CASSEL**
>100 North Tampa Street, Suite 3500
>Tampa, FL 33602
>Phone: 813-225-3020
>rsickles@broadandcassel.com
>jgaset@broadandcassel.com

## CONSENT TO SUBSTITUTION OF COUNSEL FOR DEFENDANTS

Defendants, Portfolio Recovery Associates, LLC, Brian M. Bilodeau, Esq., and Chantel C. Wonder, Esq., hereby consent to the substitution of Robert E. Sickles, Esq. and John P. Gaset, Esq. and the law firm of Broad and Cassel as counsel for Defendants.

Dated: February _____, 2016

PORTFOLIO RECOVERY ASSOCIATES, LLC

By: _Zulema Green_
(Digitally signed by Zulema Green
DN: cn=Zulema Green, o=Portfolio Recovery Associates LLC, ou, email=zgreen@portfoliorecovery.com, c=US
Date: 2016.03.01 16:28:40 -05'00')

Title: __Regional Managing Attorney__

Dated: February 29, 2016

_____
BRIAN M. BILODEAU, ESQ.

Dated: February _____, 2016

_Chantel Wonder_
(Digitally signed by Chantel Wonder
DN: cn=Chantel Wonder, o, ou, email=ccwonder@portfoliorecovery.com, c=US
Date: 2016.02.29 17:52:15 -05'00')

_____
CHANTEL C. WONDER, ESQ.



EXHIBIT A