**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:15-CV-2150-EAK-TBM

DORIS POLLARD SMITH,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, BRIAN M. BILODEAU, ESQ., and CHANTEL C. WONDER, ESQ.,

       Defendants.

_____/

## JOINT STATUS REPORT

Pursuant to this Court's December 2, 2015 Order, the Parties provide the following Joint Status Report:

1. An Order Granting Stipulation for Substitution of Counsel as to Plaintiff as to the undersigned was entered February 29, 2016.

2. Discovery is ongoing.

3. A hearing on Plaintiff's Motion for Summary Judgment is still pending.

4. The parties are not yet ready for trial.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2016, I filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide automatic electronic notice to all counsel of record.

Respectfully submitted,

Dated: June 30, 2016                                          Dated: June 30, 2016


*s/Heather A. Harwell*                                        *s/John P. Gaset*
Heather A. Harwell, Esq.                                      Robert E. Sickles, Esq.
Heather A. Harwell, P.A.                                      Florida Bar No. 167444
Florida Bar No. 0796794                                       John P. Gaset, Esq.
27446 Cashford Circle, Suite 101                              Florida Bar No. 98415
Wesley Chapel, FL 33544                                       **BROAD AND CASSEL**
hharwell@harwelllawpa.com                                     100 North Tampa Street, Suite 3500
Attorney for Plaintiff                                        Tampa, FL 33602
                                                              Phone: 813-225-3020
                                                              rsickles@broadandcassel.com
                                                              jgaset@broadandcassel.com
                                                              Attorney for Defendants